# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 121 EAL 2015
:
           Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
     v. :
:
:
:
ADAM COATES, :
:
           Petitioner :


COMMONWEALTH OF PENNSYLVANIA, : No. 122 EAL 2015
:
           Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
     v. :
:
:
:
ADAM COATES, :
:
           Petitioner :


## <u>ORDER</u>


**PER CURIAM**

    **AND NOW**, this 17th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.